FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

CHARISSA M. ERDMAN,

    Plaintiff,

v.

    Civil Action No. 5:20-cv-6
    Honorable John Preston Bailey

US REO FUND V, LLC, and
FIRST FIDELITY REO, LLC

    Defendants.

### ORDER GRANTING DEFENDANTS' MOTION FOR *IN CAMERA* REVIEW

On this day, the above-styled matter came before the Court for consideration of Defendants' Motion for In Camera Review ("Motion") [ECF No. 31], filed on October 8, 2020. In the Motion, Defendants request that this Court review *in camera* attorney-client communications sought by this Court in its Order Denying Without Prejudice Motion to Withdraw as Counsel of Record. ("Order"). [ECF No. 29.]

After reviewing the Motion, the applicable law, and applicable ethical rules, this Court **ORDERS** that Defendants shall submit the attorney-client communications sought by this Court's Order for *in camera* review.

**IT IS SO ORDERED.**

The Clerk is directed to transmit copies of this order to all counsel of record herein.

10-13-2020

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

12231812 1