IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

CHARISSA M. ERDMAN,

    Plaintiff,

v.                                                     Civil Action No. 5:20-cv-6
                                                      Honorable John Preston Bailey

US REO FUND V, LLC, and
FIRST FIDELITY REO, LLC,

    Defendants.

## PLAINTIFF'S SUGGESTION OF TRIAL DATE

Now comes the Plaintiff, Charissa M. Erdman, pursuant to the Court's Order of January 20, 2021, and suggests that the Court set the trial in this matter for one of the following dates: February 24-26, March 3-5, and March 17-19. Plaintiff anticipates that it will take her no more than 75 minutes to complete the proceeding.

Wherefore, Plaintiff respectfully requests that the Court set a trial date in this matter.

                                                      CHARISSA M. ERDMAN,
                                                      Plaintiff

By:    */s/ Jason E. Causey*
          Jason E. Causey #9482
          BORDAS & BORDAS, PLLC
          1358 National Road
          Wheeling, WV 26003
          (304) 242-8410
          jcausey@bordaslaw.com
          *Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

CHARISSA M. ERDMAN,

    Plaintiff,

v.                                                          Civil Action No. 5:20-cv-6
                                                         Honorable John Preston Bailey

US REO FUND V, LLC, and
FIRST FIDELITY REO, LLC,

    Defendants.

## CERTIFICATE OF SERVICE

I, Jason E. Causey, counsel for Plaintiff, hereby certify that on the 27th day of January, 2021, I served a true and exact copy of the foregoing **PLAINTIFF'S SUGGESTION OF TRIAL DATE** with the Clerk of Court using the CM/ECF system, and by mailing a copy by First Class U.S. Mail, postage prepaid, to the Defendants at the following address:

    First Fidelity
    PO Box 295
    Bogota, NJ  07603

                                                    CHARISSA M. ERDMAN,
                                                    Plaintiff

                            By:     */s/ Jason E. Causey*
                                                   Jason E. Causey #9482
                                                   BORDAS & BORDAS, PLLC
                                                   1358 National Road
                                                   Wheeling, WV 26003
                                                   (304) 242-8410
                                                   jcausey@bordaslaw.com
                                                   *Counsel for Plaintiff*