# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# Wheeling

**CHARISSA M. ERDMAN,**

        Plaintiff,

v.                               **CIVIL ACTION NO. 5:20-CV-6**
                                        Judge Bailey

**US REO FUND V, LLC,**
**FIRST FIDELITY REO, LLC,**

        Defendants.

## ORDER SETTING TRIAL

Pending before this Court is Plaintiff's Suggestion of Trial Date [Doc. 41], filed January 27, 2021. For reasons appearing to the Court, the trial in this matter is set for **February 25, 2021 at 10:00 a.m. in Wheeling, West Virginia**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: January 28, 2021.

*/s/ John Preston Bailey*
**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**