| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) _Owen Monku_  C. Date of Delivery 3/19/21 |
| 1. Article Addressed to:<br><br>**First Fidelity and US REO Fund VII LLC**<br>**PO Box 295**<br>**Bogota, NJ 07603**<br>5 20 cv 6 #46<br><br>9590 9402 6302 0214 3935 17 | D. Is delivery address different from item 1? ☑ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>FILED<br>MAR 23 2021<br>U.S. DISTRICT COURT-WVND<br>WHEELING, WV 26003<br><br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery<br>☐ Collect on Delivery<br>...y Restricted Delivery<br>...icted Delivery (over $500) |
| 2. Article Number (Transfer from service label)<br>7019 0700 0001 2265 1975 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |