# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| Charissa M. Erdman | |
| *Plaintiff(s)* | |
| v. | Civil Action No. 5:20-cv-6 |
| US REO Fund V, LLC, First Fidelity REO, LLC | |
| *Defendant(s)* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award     ☐ Judgment costs     ☒ Other

Plaintiff's Petition for Fee Award is hereby GRANTED. Defendants shall pay plaintiff $32,012.51 in fees and costs. Post judgment interest at the statutory rate shall run on the full amount of this judgment.  Judgment entered in favor of Plaintiff.

other:

This action was:

☐ tried by jury     ☐ tried by judge     ☒ decided by judge

decided by Judge  John Preston Bailey

Date:    April 7, 2021

*CLERK OF COURT*
Cheryl Dean Riley
/s/ L.M. Murphy

*Signature of Clerk or Deputy Clerk*